UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHARLES KONOPA and MATTHEW CLARK, on behalf of themselves and all others similarly situated,

                        Plaintiffs,

- v -

NEW YORK ROAD RUNNERS, INC.,

                        Defendant.

16-cv-450 (KBF)

**AFFIDAVIT OF SERVICE BY U.S. FIRST CLASS MAIL**

---

STATE OF NEW YORK  )
                             : ss.:
COUNTY OF NEW YORK  )

      I, Shirley A. Batts, being duly sworn, deposes, and says:

      1.    I am over eighteen years of age, am not a party to this action and am employed by Abbey Spanier, LLP, 212 East 39th Street, New York, New York 10016.

      2.    On January 26, 2016 I served a copy of the Order calling for an initial pretrial conference and a copy of the Court's Individual Practices in Civil Cases for Judge Katherine B. Forrest upon defendant New York Road Runners, Inc., 156 West 56th Street, 3rd Floor, New York, New York 10019-3877 by U.S. First Class Mail.

                                                               Shirley A. Batts

Sworn to before me this
26 day of January, 2016

Notary Public

LILLIAN KOZON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01KO6211471
Qualified in Queens County
My Commission Expires September 21, 2017